**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>Plaintiff,<br><br>v.<br><br>HONDA MOTOR CO., LTD., et al.<br><br>Defendants. | Case No. CV 17-7680-GW (PJWx)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR STAY AND STAYING ACTION PENDING RESOLUTION OF PARALLEL ITC PROCEEDINGS** |

In light of the Unopposed Motion for Mandatory Stay of Case Pursuant to 28 U.S.C. § 1659(a) (Docket No. 12) filed by Specially Appearing Defendants Honda Motor Co., Ltd., Honda North America, Inc., American Honda Motor Co., Inc., Honda of America Manufacturing, Inc., Honda Manufacturing of Alabama, LLC, and Honda R&D Americas, Inc., the Motion is GRANTED and the above-captioned action is hereby STAYED pursuant to 28 U.S.C. § 1659(a) until 30 days after such time as the United States International Trade Commission's determination in the Section 337 investigation titled *In the Matter of Certain Thermoplastic-Encapsulated Electric Motors, Components Thereof, and Products and Vehicles Containing Same II*, Inv. No 337-TA-1073, becomes final.

The Court sets a status conference for September 27, 2018 at 8:30 a.m. The parties are to file a joint status report by September 21, 2018.

IT IS SO ORDERED.

Dated: December 12, 2017

GEORGE H. WU, U.S. District Judge

1